# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# BUFFALO DIVISION

| | |
|---|---|
| EURONDA ROBERTSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-CV-1300 |
| ) | |
| v. ) | The Hon. Judge Christina Clair Reiss |
| ) | |
| GLOBAL MEDIATION GROUP, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on Plaintiff's Motion to Appoint Plaintiff's Counsel as Custodian of Funds from Garnishee M & T Bank, or, in the Alternative, to Permit Deposit of Funds with the Clerk Pursuant to Rule 67(a). (Doc. 25.) Plaintiff seeks to permit M & T Bank to deposit funds with the Clerk of Courts.

For good cause shown, the Court **GRANTS IN PART** Plaintiff's motion. If M & T Bank remits funds to the Clerk and, pursuant to Federal Rule of Civil Procedure 67(a), gives notice to all parties to this action of the same, then the Clerk is **DIRECTED** to deposit the funds with the Court.

**IT IS SO ORDERED.**

Dated: 5/10/21

_____
United States District Court Judge